Mark T. McClenning, CA SBN 206177
Attorney at Law
602 13th Street NW
Mandan, North Dakota 58554
Telephone: (701) 214-5736
McClenningLaw@gmail.com

Adam Stevens, CA SBN 262391
Attorney at Law
10808 1/2 Huston Street
North Hollywood, California 91601
Telephone: (310) 487-4902
adamstevens.law@gmail.com

Attorneys for Plaintiff Jona De Jesus

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jona De Jesus, an Individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Central Credit Services, Inc., a Florida Corporation,<br><br>　　　　Defendant. | Case No. CV12-01078 DDP (JEMx)<br><br>ORDER RE ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68 |

   Based on the March 7, 2012 Federal Rule of Civil Procedure 68 Offer of Judgment from defendant Central Credit Services, Inc. ("defendant") served to plaintiff Jona De Jesus ("plaintiff") pursuant to rules 5(b)(2)(C) and 5(b)(2)(E) of the Federal Rules of Civil Procedure on March 7, 2012, and plaintiff's March 19, 2012 acceptance of said offer of judgment, both filed concurrently herewith, the Court hereby orders that:

1 Judgment shall be taken in favor of plaintiff against defendant in the amount
2 of Two Thousand One Dollars and 00/100 ($2,001.00), arising from plaintiff's
3 claims against defendant as alleged in plaintiff's pleadings filed in the above-
4 captioned matter.
5 The judgment entered shall include an additional amount for plaintiff's
6 reasonable attorneys' fees and costs, in an amount to be determined by the Court if
7 the parties are unable to come to an agreement concerning the same.

DATED: March 28, 2012

United States District Judge