Mark T. McClenning, CA SBN 206177
Attorney at Law
602 13th Street NW
Mandan, North Dakota 58554
Telephone: (701) 214-5736
McClenningLaw@gmail.com

Adam Stevens, CA SBN 262391
Attorney at Law
10808 1/2 Huston Street
North Hollywood, California 91601
Telephone: (310) 487-4902
adamstevens.law@gmail.com

Attorneys for Plaintiff Jona De Jesus

CLOSED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jona De Jesus, an Individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>Central Credit Services, Inc., a Florida Corporation,<br><br>    Defendant. | Case No. CV12-01078 DDP (JCGx)<br><br>ORDER RE AWARD OF PLAINTIFF'S ATTORNEYS' FEES AND COSTS |

    Based on the Stipulation to Attorneys' Fees and Costs pursuant to Defendant's Federal Rule of Civil Procedure 68 Offer of Judgment entered into by plaintiff Jona De Jesus and defendant Central Credit Services, Inc. and filed herein, the Court hereby orders that plaintiff is granted an award of attorneys' fees and costs in the sum of $2400.

1  |  Plaintiff shall file a satisfaction of judgment with the Court within (5) days
2  | of receiving full payment.
3
4
5
6  | DATED: March 30, 2012
7  |                                             United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28